WILLIE STACKHOUSE, Appellant, v METROPOLITAN SCHOOL FOR THE ARTS INCORPORATED et al., Respondents. [751 NYS2d 815] —Appeal from an order of Supreme Court, Onondaga County (Centra, J.), entered August 17, 2001, which,

inter alia, granted defendants' cross motions for summary judgment in part and dismissed the negligence and Labor Law §§ 200, 240 (1) and § 241 (6) causes of action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Centra, J. Present—Green, J.P., Pine, Hurlbutt, Burns and Gorski, JJ.